UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DONOVAN R. DUGAS

VERSUS

THE DOW CHEMICAL COMPANY AND
WILLIAM W. MYERS

CIVIL ACTION

NO. 10-833-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 24, 2011 (doc. no. 8). The defendants filed an objection which merely restate their prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's motion to remand (doc. no. 5) is GRANTED, and this matter is REMANDED to the 18th Judicial District Court, Parish of West Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 18th day of January, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA